In the Matter of the Claims of ISRAEL LEVY et al., Respondents. TODD SHIPYARDS CORPORATION, Appellant; EDWARD CORSI, as Industrial Commissioner, Respondent.

In the Matter of the Claims of JOSE CABASSA et al., Respondents. TODD SHIPYARDS CORPORATION, Appellant; EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued October 21, 1952; decided November 20, 1952.

*Robert B. Lisle* and *Harry G. Hill* for appellant.

*Herman A. Gray* for claimants-respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.